**SO ORDERED.**

/s/ 6/23/14

**ROBERT E. LITTLEFIELD, JR.**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

**FILED**

JUN 2 3 2014

OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK    /

IN RE: **LORETO RUFA**

_____ Debtor        /

Chapter 13
Case No. 13-12747

### ORDER REOPENING CASE

Upon the debtor's Default Notice of Motion and Motion for an Order Reopening Case, dated April 30, 2014, the time to object to the default hearing having passed, and there having been no opposition, and after due deliberation, it is hereby

**ORDERED,** that the Debtor's case shall be re-opened for the limited purpose of debtor filing Debtor's Certificate of Completion; and it is further

**ORDERED,** that no Trustee shall be appointed; and it is further

**ORDERED,** that the case shall be closed following the issuance of said Order.

###